No. 5592. ZUCKER v. FIELD, MEN'S COLONY SUPER-
INTENDENT. C. A. 9th Cir. Certiorari denied.

No. 5593. WILLIAMS v. UNITED STATES. C. A. 9th
Cir. Certiorari denied.

No. 5595. SMITH v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 5596. ROBINSON v. CALIFORNIA. Ct. App. Cal.,
5th App. Dist. Certiorari denied.

No. 5597. HARTLEY ET AL. v. HARTLEY, EXECUTRIX.
App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari
denied.

No. 5598. WHITE v. PERINI, CORRECTIONAL SUPER-
INTENDENT. C. A. 6th Cir. Certiorari denied.

No. 5599. FRANCIS v. CALIFORNIA. Ct. App. Cal., 2d
App. Dist. Certiorari denied.

No. 5601. OVERMAN v. NORTH CAROLINA. C. A. 4th
Cir. Certiorari denied.

No. 5603. SEARLES v. MINNESOTA. C. A. 8th Cir.
Certiorari denied.

No. 5605. LAMIA v. UNITED STATES. C. A. 2d Cir.
Certiorari denied.

No. 5606. LEVIN v. PROBATION DEPARTMENT OF THE
CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 5607. SMITH v. RICHARDSON, SECRETARY OF
HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir.
Certiorari denied.

No. 5608. KREPEL v. CALIFORNIA. Sup. Ct. Cal.
Certiorari denied.